■ ARTHUR CLEVELAND, Appellant, v STATE OF NEW YORK, Respondent. [595 NYS2d 673] —Judgment, Court of Claims, State of New York (Donald J. Corbett, J.), entered on or about May 8, 1992, unanimously affirmed for the reasons stated by Corbett, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Ellerin, Kupferman, Kassal and Rubin, JJ.

■ ROBERT S. BLACK, Appellant, v STATE OF NEW YORK, Respondent. [595 NYS2d 674] —Judgment, Court of Claims, State of New York (Donald J. Corbett, J.), entered on or about March 30, 1992, unanimously affirmed for the reasons stated by Corbett, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Ellerin, Kupferman, Kassal and Rubin, JJ.

■ MARLEY GROUP, LTD., Respondent, v WHITMAN & RANSOM, Appellant. [593 NYS2d 1007] —Order, Supreme Court, New York County (Burton Sherman, J.), entered on April 15, 1992, unanimously affirmed for the reasons stated by Sherman, J., with costs. No opinion. Concur—Milonas, J. P., Ellerin, Ross, Asch and Kassal, JJ.